CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 25 2010

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROBERT LEWIS CAIN,<br>Petitioner, | ) ) ) | Civil Action No. 7:10cv00144 |
| v. | ) ) ) | **FINAL ORDER** |
| WARDEN TRACY RAY,<br>Respondent. | ) ) ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that respondent's motion to dismiss (Docket No. 14) is **GRANTED**; Cain's motion for summary judgment (Docket No. 21) is **DENIED**; the above referenced 28 U.S.C. § 2254 petition is **DISMISSED**; Cain's motion to call a witness (Docket No. 19) is **DENIED**; and this action is **STRICKEN** from the active docket of the court.

Further, finding that Cain has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This 25th day of August, 2010.

_____
United States District Judge